1  GREENBERG TRAURIG, LLP
   JEFF E. SCOTT (SBN 126308)
2  *ScottJ@gtlaw.com*
3  ROBERT J. HERRINGTON (SBN 234417)
   *HerringtonR@gtlaw.com*
4  REBEKAH S. GUYON (SBN 291037)
5  *GuyonR@gtlaw.com*
   1840 Century Park East, Suite 1900
6  Los Angeles, CA 90067-2121
7  Telephone: 310-586-7700
   Facsimile: 310-586-7800
8
9  Attorneys for Defendant
10 Activision Publishing, Inc.

11                  **UNITED STATES DISTRICT COURT**

12                 **CENTRAL DISTRICT OF CALIFORNIA**

13                        **WESTERN DIVISION**

14 | ROBERT FISHEL, on behalf of himself | CASE NO.  2:18-cv-08092-SJO-SK |
15 | and all others similarly situated, | |
   | | **DECLARATION OF REBEKAH S.** |
16 | Plaintiff, | **GUYON IN SUPPORT OF** |
   | | **DEFENDANT ACTIVISION** |
17 | vs. | **PUBLISHING, INC.'S MOTION TO** |
   | | **COMPEL ARBITRATION AND STAY** |
18 | Activision Publishing, Inc., | **LITIGATION** |
19 | Defendant. | |
20 | | [Notice of Motion and Motion to Compel |
21 | | Arbitration; Memorandum of Points and |
   | | Authorities; Declaration of Jennifer Oneal; |
22 | | Proposed Order filed concurrently] |
23

24  Hearing Date:    February 25, 2019
    Time:            10:00 a.m.
25  Room:            Courtroom 10C

26  Hon. S. James Otero

27

28

1

## DECLARATION OF REBEKAH S. GUYON

2    I, Rebekah S. Guyon, declare and state:

3    1.    I am an attorney with the law firm of Greenberg Traurig, LLP, counsel of

4 record for Defendant Activision Publishing, Inc. ("Activision"). I am licensed to practice

5 law in the State of California and before this Court. I have personal knowledge of the

6 facts set forth in this Declaration and, if called and sworn as a witness, I could and would

7 testify competently with respect to these facts. I submit this Declaration in support of

8 Activision's Motion to Compel Arbitration and Stay Litigation.

9    2.    On December 10, 2018, I met and conferred telephonically with lead

10 counsel for Plaintiff, Michael Reese, pursuant to C.D. Cal. R. 7-3. We met and conferred

11 telephonically because Mr. Reese is located in New York, New York.

12    3.    During our meet and confer, I explained to Mr. Reese that Activision intends

13 to move to compel arbitration of Plaintiff's claims pursuant to the arbitration provision

14 contained in the End User License Agreement that Plaintiff agreed to before he played

15 Guitar Hero Live. I additionally informed him that Activision would seek to enforce the

16 delegation clause in the arbitration provision, pursuant to which the parties agreed to

17 delegate questions regarding the scope and enforceability of the agreement to arbitrate to

18 the arbitrator, and not the Court, to decide. Finally, I informed Mr. Reese that Activision

19 would argue that, if the Court reaches questions regarding the scope of the parties'

20 agreement to arbitrate, Plaintiff's claims are well within the broad language of the

21 arbitration provision.

22    4.    Mr. Reese advised that Plaintiff will oppose Activision's Motion to Compel

23 Arbitration and Stay Litigation.

24    I declare under penalty of perjury under the laws of the United States of America

25 that the foregoing is true and correct and that this Declaration was executed on January 7,

26 2019 at Los Angeles, California.

27

28

REBEKAH S. GUYON

1