1 | **REESE LLP**
2 | MICHAEL R. REESE (SBN 206773)
  | *mreese@reesellp.com*
3 | 100 West 93rd Street, 16th Floor
4 | New York, New York 10025
  | Telephone: (212) 643-0500
5 | Facsimile:  (212) 253-4272

6

Attorneys for Plaintiff Robert Fishel

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| ROBERT FISHEL, on behalf of himself and all others similarly situated, | CASE NO. 2:18−cv−08092−SJO−SK |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a)(1)(A)(i)** |
| vs. | |
| Activision Publishing, Inc., | |
| Defendant. | |

1     PLEASE TAKE NOTICE, that pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff Robert Fishel ("Plaintiff") hereby voluntarily dismisses his above-captioned action without prejudice.

                                       Respectfully submitted,

DATED: January 22, 2019         REESE LLP

                        By:   */s/ Michael R. Reese*
                                MICHAEL R. REESE

                                Attorneys for Plaintiff
                                Robert Fishel