**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

CASE NO.:  CV 18-08092 SJO (SKx)           DATE:  February 21, 2018

TITLE:      Robert Fishel v. Activision Publishing, Inc.

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**      **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal filed by plaintiff Terry Fabricant [ECF # 26]. Dismissal is outwith prejudice. Accordingly, the Court Orders that this matter shall be dismissed pursuant to the NOTICE of Voluntary Dismissal.

The Court vacates all pending hearings.